# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

DARRELL GUNN, 03-B-2443,

                Plaintiff,

-against-                              20 **CIVIL** 2004 (PMH)

## **JUDGMENT**

ANTHONY ANNUCCI, Acting Commissioner, et al.,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 29, 2021, For the foregoing reasons, Defendants' motion to dismiss is GRANTED. While "[d]istrict courts should frequently provide leave to amend before dismissing a *pro se* complaint . . . leave to amend is not necessary when it would be futile." *Reed v. Friedman Mgmt. Corp.*, 541 F. App'x 40, 41 (2d Cir. 2013) (citing *Cuoco v. Moritsugu*, 222 F.3d 99, 112 (2d Cir. 2000)). In this case, the Complaint is dismissed with prejudice because any amendment would be futile; accordingly, this case is closed.

**Dated:** New York, New York

      April 29, 2021

                                                 **RUBY J. KRAJICK**
                                                 **Clerk of Court**
                            **BY:**
                                                  **Deputy Clerk**