UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRELL GUNN, 03-B-2443,<br><br>                Plaintiff,<br><br>        -against-<br><br>ANTHONY J. ANNUCCI, Acting Commissioner, et al.,<br><br>                Defendants. | **ORDER**<br><br>20-CV-02004 (PMH) |

PHILIP M. HALPERN, United States District Judge:

      Plaintiff, on February 9, 2022, filed: (1) a motion for extension of time to file a notice of appeal; and (2) a motion for leave to proceed *in forma pauperis* on appeal. (Doc. 26; Doc. 27). Defendants are directed to serve and file a response to these requests by February 18, 2022.

      The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

                                            SO ORDERED:

Dated:   White Plains, New York
           February 11, 2022

                                                    _____
                                                    PHILIP M. HALPERN
                                                    United States District Judge