

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------
DARRELL GUNN,

        Plaintiff,

    -against-

ANTHONY J. ANNUCCI, Acting
Commissioner, et al.,

        Defendants.
-------------------------------

MOTION TO VACATE JUDGMENT
Fed. R. Civ. P. 60b(1)

20-cv-02004(PMH)



    **PLEASE TAKE NOTICE**, that upon the annexed affidavit of Darrell Gunn, being duly sworn to ton the __19__ day of January 2024, the attached all papers, and proceedings heretofore had, a motion will be made, in the United States District Court, Southern District of New York, 300 Quarropas Street, White Plains, New York, 10601, or as soon thereafter as plaintiff may be heard, for an order, and independant action pursuant to Rule 60(b)(1), for reconsideration of its order to vacate and set aside the judgment made on April 29, 2021 for the following reasons:

There was a mistake, inadvertance, surprise, or excusable neglect when United States District Judge Philip M. Halpern did not allow any other inmate who also filed grievance complaint number GH-82882-16 No Heat in his order. These inmates who was also exposed to freezing temperatures during the Spring of 2017. See, Brown v. New York, 2020 WL 3630388, at *5. Here, in grievance complaint number GH-82882-16

No Heat, each grievant complained of constitutional violation by

defendant whom was well aware that other inmates was exposed to

freezing temperatures during the Spring of 2017.

This motion is based upon affidavit of Darrell Gunn, filed and

attached to this motion to vacate judgment upon the attached papers

upon the Record and filed in this action, and upon testimony to be

presented before this Court on the hearing of this motion.

Dated:   *January 19, 2024*
         Fallsburg, New York

                                    Respectfully submitted,

                                    *Darrell Gunn*
                                    Darrell Gunn 03B2443
                                    Sullivan Correctional Facility
                                    P.O. Box 116
                                    Fallsburg, New York 12733-0116

To:
        Julinda Dawkins
        Assistant Attorney General
        28 Liberty Street - 18th Floor
        New York, New York 10005


        Clerk of the Court
        U.S. District Court
        Southern District of New York
        300 Quarropas Street
        White Plains, New York 10601

Plaintiff's application to vacate judgment pursuant to Federal Rule of Civil Procedure 60(b)(1) is denied as untimely. Rule 60(c)(1) provides that "[a] motion under Rule 60(b) must be made within a reasonable time--and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding. Here, the Judgment was entered on April 29, 2021. (Doc. 25). Plaintiff's motion to vacate was made more than a year after the entry of the Judgment, and as such, is untimely. To the extent Plaintiff seeks reconsideration of the Court's April 29, 2021 Order dismissing the case (Doc. 24), such an application must be served within fourteen (14) days after the entry of the judgment pursuant to Local Civil Rule 6.3, and Plaintiff's application for reconsideration is thus also untimely. The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 33.

**SO ORDERED.**

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        January 26, 2024

UNITED STATES DISTRICT COURT
SOUTHERN _____ DISTRICT OF NEW YORK
---------------------------------------------------------------X

DARRELL GUNN_____ ,

                              Plaintiff,

                                                    **DECLARATION OF SERVICE**

          vs.
ANTHONY J. ANNUCCI, Acting
Commissioner, et al.,
                                                    20__ Civ. 02004 (PMH)
_____ ,

                              Defendant
---------------------------------------------------------------X


     I, the undersigned, declare:

     1.     I am the Plaintiff in the above entitled action.

     2.     I served the within documents described as  Motion to vacate judgment

pursuant to Fed. R. Civ. P. 60b(1) and Affidavit in Support and
Declaration of service.
     by placing true exact copies thereof in a sealed envelope in the prison mail for delivery by First Class

Mail via U.S. Postal Service to the following parties:

     Julinda Dawkins, Assistant Attorney General
     28 Liberty Street - 18th Floor
     New York, New York 10005

     3.     I further certify under penalty of perjury that the foregoing is true and correct pursuant

to 28 U.S.C. § 1746.

Executed on: January 19, 2024____
             Fallsburg, New York


                                    [Signature] _Darrell Gunn_

                                    [Print Name]  DARRELL GUNN 03B2443____
                                    Sullivan Correctional Facility
                                    P.O. Box 116
                                    Fallsburg, NY 12733-0116